MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: jonathan.schmidt@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00009 JSW |
| Plaintiff, | UNITED STATES SENTENCING MEMORANDUM |
| v. | |
| JASPER KNAPP, | Date: March 8, 2012<br>Time: 2:00 p.m. |
| Defendant. | |

**Introduction**

This Court is scheduled to sentence Mr. Knabb for his role in a securities fraud scheme while he was CEO of Pegasus Wireless Corporation.

This Court has already sentenced Mr. Durland, the co-defendant in this case. Mr. Durland, who has entered a cooperation agreement with the government pled guilty on March 18, 2011 and was sentenced on October 13, 2011 to thirty-three months imprisonment.

Pursuant to a plea agreement, Mr. Knabb pled guilty on July 28, 2011 to one count of conspiracy to commit securities fraud (18 U.S.C. § 1349), securities fraud (18 U.S.C. § 1348) and falsifying books and records (15 U.S.C. § 78m(b)(2)(A)).

US SENT. MEM.
CR 11-00009 JSW

Consistent with the plea agreement, the presentence report calculates the total offense level as 26, the criminal history category as I and the resulting guideline range as 63-78 months imprisonment. The United States agrees with these calculations. The United States recommends a 78-month sentence.

**Discussion**

As the CEO of Pegasus, Jasper Knabb, fraudulently caused about half a billion Pegasus shares to issue to various nominees who then liquidated some of the shares and funneled the proceeds back to him and Mr. Durland. The nominees used for the scheme were Mr. Knabb's family and friends, and he received the lion's share of the money. As detailed in the plea agreement, about $29 million in the proceeds from the stock sales went to Mr. Knabb, another $6.9 million went to Mr. Knabb's friends and family, and only $2.1 million in the proceeds from the stock sales went to Mr. Durland. The scheme led to the dilution of the value of the company's stock and ultimately to Pegasus's bankruptcy. The result was that many innocent investors lost money, some lost substantial sums.

Mr. Knabb has agreed to pay disgorgement as ordered in the parallel proceeding and does not oppose the SEC's motion for imposition of disgorgement of $29,030,962.00 plus interest. (*See Motion for Miscellaneous Relief* in *SEC v. Pegasus Wireless Corp. Et al 09-CV-02302-JSW* at ¶¶ 5-7.) The reality is that despite milking his company and its investors out of $29 million in 2005-2008, today, in 2012, Mr. Knabb does not have the ability to pay back these investors. See PSR ¶ 100.

The Court has received victim impact statements in which some of the investors detail their financial losses and the emotional toll caused by the loss.[1]

The investors in Pegasus report suffering both financial and emotional strain as a result of losing their investments. For example, many investors report losing their savings and struggling financially. Investors also report suffering depression, anxiety, anger, and family problems. One

---

[1] The government tried to identify every investor in Pegasus during the relevant period and notify them about developments in the case. All together we identified about 600 investors and sent them more than 30 notifications between January 2011 today.

US SENT. MEM.
CR 11-00009 JSW

1 couple reports that the financial loss led to their divorce. Another family describes their inability
2 to finance their daughter's college education.  Another investor writes that he cannot afford basic
3 things like fixing his car or medical check-ups.  As one investor put it after describing the
4 hardship to his family of having lost a substantial amount of money: "[w]e are real people, not
5 just abstract investors."

6     Here is how another investor describes his family's ordeal:

> The truth is overcoming [this financial loss] is a devastating thing for us to contemplate . . . This has been an extremely pressing issue for me and my wife for years.  There have been great many nights that my sleep has been disturbed to some degree by the weight of this.

10 Another investor reports "[t]he effects have run the gamut from mental anguish, to emotional ups
11 and downs, to some physical affects as well." Still another investor explains that "[b]ecause of
12 this crime, we constantly struggled to make ends meet and support our household."

13     And an investor who Mr. Knabb personally solicited funds from relates:

> I [feel] outright swindled, and it is a horrible feeling.  The amount of money lost obviously is substantial and has been a source of significant distress.  My emotions run the gamut from embarrassment to anger.  I have been scarred by this entire experience . . .

17     The actions of Mr. Knabb were reprehensible.  There is no explanation for Mr. Knabb's
18 actions other than greed.  A scheme of this magnitude, which caused so much pain and suffering
19 deserves a significant sanction.  The United States thus recommends a high-end sentence of 78
20 months imprisonment.

21 DATED: March 1, 2011                            Respectfully submitted,

MELINDA HAAG
United States Attorney

                                                           s/
JONATHAN SCHMIDT
Assistant United States Attorney